

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00415-CV

Richard A. **GARCIA**,
Appellant

v.

Elizabeth J. **RANFT-GARCIA**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI12755
Honorable John D. Gabriel Jr., Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's "Enforcement Order" is AFFIRMED in part as to the granting of appellee Elizabeth J. Ranft-Garcia's motion to enforce the divorce decree, award of attorney's fees, and the denial of appellant Richard A. Garcia's motion to enforce. The portion of the trial court's order granting appellee's breach of contract claims is REVERSED and judgment is RENDERED, reducing the judgment awarded to appellee to a total of $4,881.14. Costs of the appeal are taxed against the appellant.

SIGNED March 20, 2024.

_____
Lori I. Valenzuela, Justice